In the Matter of MICHAEL PLUMLEY, Respondent, v TERESA LINTS, Formerly Known as TERESA LAFLAIR, Appellant. (Appeal No. 1.) Memorandum: In this custody proceeding it was error for Family Court to disturb the custody of the child with the mother by ordering joint custody with the father where the record demonstrates great animosity and bitterness between the parties *(Braiman v Braiman,* 44 NY2d 584, 589-590). (Appeal from order of Oneida County Family Court, Flemma, J.—modify custody.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.